JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTON D. STOWERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPUTY MACIAS, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 18-1530 -ODW (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: May 14, 2020

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE